Jennifer L. Jonak (SBN 191323)
*jenny@jonak.com*
**JONAK LAW GROUP, P.C.**
1711 Willamette St, Suite 301, # 145
Eugene, Oregon 97401
Telephone: (541) 525-9102

*Attorneys for Seoul Semiconductor Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., | CASE NO.: |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| FINELITE, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

COMPLAINT FOR PATENT INFRINGEMENT

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Seoul Semiconductor Co., Ltd. ("Seoul Semiconductor" or "Plaintiff") brings this Complaint against Defendant Finelite, Inc. ("Finelite"), and state and allege as follows:

**NATURE OF THE ACTION**

1.      Plaintiff brings this patent infringement action to protect their valuable patented technology relating to light emitting diodes ("LEDs") and LED lighting. An LED is a semiconductor device that converts electrical energy into light. LEDs have many advantages over conventional light sources, including lower energy consumption, longer lifetime, and smaller size.

2.      Seoul Semiconductor was founded in 1992 with approximately 30 employees in a small space of a commercial building in Bongchen-dong, Seoul, Korea. From those initial 30 employees, Seoul Semiconductor has grown into one of the largest manufacturers of LEDs in the world.

3.      Plaintiff's success is in large part due to their significant investment in innovation and their respect for intellectual property. Seoul Semiconductor has invested in research and development ("R&D") for decades. Seoul Semiconductor invests over 10% of sales revenue into R&D and owns one of the largest LED patent portfolios in the world, which includes more than 10,000 patents worldwide.

**THE PARTIES**

4.      Plaintiff is a company organized and existing under the laws of the Republic of Korea, with its principal place of business at 97-11, Sandanro 163 beon-gil, Danwon-gu, Ansan-city, Gyeonggi-do, Korea 425-851.

5.      Defendant is a California corporation with its headquarters at 30500 Whipple Road Union City, California 94587-1530.

COMPLAINT FOR PATENT INFRINGEMENT

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. § 271 *et seq*.

7.     This Court has personal jurisdiction over Finelite because, upon information and belief, it maintains a principal place of business in California.

8.     Venue is proper within this judicial district under 28 U.S.C. § 1400(b) because, on information and belief, Finelite resides in this district. Venue is also proper because, on information and belief, Finelite has committed acts of infringement and has a regular and established place of business in this district.

## PATENTS-IN-SUIT

9.     Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 9,112,120 entitled "White Light Source and White Light Source System Including the Same" ("the '120 patent"), including the right to sue and to recover for infringement thereof. The '120 patent was duly and legally issued on August 18, 2015, by the United States Patent and Trademark Office to Tachibana et al. A copy of the '120 patent is attached hereto as Exhibit A.

10.     Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 11,876,151 ("the '151 patent") entitled "Light emitting device, light emitting diode package, backlight unit, and liquid crystal display", including the right to sue and to recover for infringement thereof. The '151 patent was duly and legally issued on January 16, 2024, by the United States Patent and Trademark Office to Kim *et al*. A copy of the '151 patent is attached hereto as Exhibit B.

COMPLAINT FOR PATENT INFRINGEMENT

11.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 11,978,837 ("the '837 patent") entitled "Light emitting diode package", including the right to sue and to recover for infringement thereof. The '837 patent was duly and legally issued on May 7, 2024, by the United States Patent and Trademark Office. A copy of the '837 patent is attached hereto as Exhibit C.

12.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 12,282,185 ("the '185 patent") entitled "Backlight unit and display apparatus having the same", including the right to sue and to recover for infringement thereof. The '185 patent was duly and legally issued on April 22, 2025, by the United States Patent and Trademark Office to Choi *et al*. A copy of the '185 patent is attached hereto as Exhibit D.

13.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 12,298,552 ("the '552 patent") entitled "Backlight unit and display apparatus having the same", including the right to sue and to recover for infringement thereof. The '552 patent was duly and legally issued on May 13, 2025, by the United States Patent and Trademark Office. A copy of the '552 patent is attached hereto as Exhibit E.

## DEFENDANT'S KNOWLEDGE OF THE PATENTS AND ITS INFRINGEMENT

14.    On November 9, 2025, Seoul Semiconductor notified Finelite, through its legal counsel, Sean E. Jackson, that certain Finelite lighting products infringed patents of Seoul Semiconductor and its affiliates, including the '120, '151, and '185 patents. Seoul Semiconductor further demanded that Finelite cease and desist from any further infringement of those patents.

15.    On January 21, 2026, Finelite's legal counsel responded by denying the allegations of infringement and alleging that products accused of infringement, as well as products similar thereto, had already been

3

COMPLAINT FOR PATENT INFRINGEMENT

discontinued. However, Finelite did not identify which allegedly discontinued products were purportedly similar to the accused products, nor did Finelite provide any assurance, commitment, or undertaking that it would refrain from further acts of infringement.

16. Thereafter, on June 16, 2026, Seoul Semiconductor again notified Finelite's legal counsel that Seoul Semiconductor had identified additional acts of infringement by other Finelite lighting products. In that notice, Seoul Semiconductor specifically identified certain Finelite products that infringe the '120, '151, '837, '185 and '552 patents and included claim charts for each such patent. Finelite did not provide any response indicating that it would take corrective action to remedy or prevent further infringement.

**COUNT 1**

**INFRINGEMENT OF U.S. PATENT NO. 9,112,120**

**<u>EXEMPLARY CLAIM 1</u>**

17. Finelite has infringed and continues to infringe one or more claims of the '120 patent, including but not limited to exemplary claim 1, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the Finelite HP2-WS-4D-61'10"-S-835-F-96LG-120V-SC ("HP-2 WS Luminaire") within the United States.

18. The HP-2 WS Luminaire is a white light source. Product information for the HP-2 WS Luminaire from Finelite's website is reproduced below showing that it is a white light source.

COMPLAINT FOR PATENT INFRINGEMENT



19.    The measured light output from the HP-2 WS Luminaire satisfies the relational equation: $-0.2 \leqq [(P(\lambda) \times V(\lambda))/(P(\lambda max1) \times V(\lambda max1)) - (B(\lambda) \times V(\lambda))/(B(\lambda max2) \times V(\lambda max2))] \leq +0.2$. In this relational equation $P(\lambda)$ is the light emission spectrum of the white light source , the $B(\lambda)$ is the light emission spectrum of black-body radiation having a same color temperature as that of the white light source is; $V(\lambda)$ is the spectrum of a spectral luminous efficiency ; $\lambda max1$ is a wavelength at which $P(\lambda) \times V(\lambda)$ becomes largest ; and $\lambda max2$ is a wavelength at which $B(\lambda) \times V(\lambda)$ becomes largest . The image below is a graph of the above relational equation determined based on the measured output from the HP-2 WS Luminaire.

5

COMPLAINT FOR PATENT INFRINGEMENT



20.    Finelite's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiff. Plaintiff will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

21.    Finelite's infringement has occurred with knowledge of the '120 patent and knowledge that its acts constitute infringement. Finelite's continuing conduct, therefore, is willful.

22.    Plaintiff is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT 2**

**INFRINGEMENT OF U.S. PATENT NO. 11,876,151**

**<u>EXEMPLARY CLAIM 9</u>**

23.    Finelite has infringed and continues to infringe one or more claims of the '151 patent, including but not limited to exemplary claim 9, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the HP-2 WS Luminaire within the United States.

COMPLAINT FOR PATENT INFRINGEMENT

24. The HP-2 WS Luminaire includes a plurality of LED circuit boards. The image below shows the HP-2 WS Luminaire revealing a plurality of LED circuit boards.



25. Three images are provided below. The top image is a close-up top view of one of the circuit boards. The bottom left image is a close-up top view of a light emitter removed from the circuit board. The bottom right image is a close-up top view of a light emitter after removal of its yellow encapsulant, revealing an LED chip.





26. Three scanning electron microscope ("SEM") images are provided below. The image at far left shows the top surface of the LED chip after removal from the package. The image in the center shows an enlarged view after a hole was milled into the LED chip using a focused ion beam ("FIB"). The SEM image below-right provides a cross-sectional view of the side-surface of the milled hole. The raised mesa can be seen to the right side of the image and includes, in relevant part, a first conductivity type semiconductor layer, a second conductivity type semiconductor layer, and an

7

COMPLAINT FOR PATENT INFRINGEMENT

active layer disposed between the first conductivity type semiconductor layer and the second conductivity type semiconductor layer.



27.   The image above left also shows two electrode pads, one electrically connected to the first conductivity type semiconductor layer of the light emitting structure and the other electrically connected to the second conductivity type semiconductor layer of the light emitting structure.

28.   Two additional images of the light emitter are reproduced below. The image below-left again shows an optical microscope image of the LED package. The yellow area of the package is a light transmitting layer that covers the surfaces of the light emitter. The image below right is an SEM of a cross-section through the package. The light emitter, which is identified by the reference to a width of 654.30 μm is again shown covered by the light transmitting layer.



29.   The image above-left also shows a white dam surrounding the yellow light transmitting layer. In the cross-section, the dam appears lighter than the central light transmitting layer. The dam surrounds a portion of the light emitter and a portion of the light transmitting layer. In addition, the

COMPLAINT FOR PATENT INFRINGEMENT

height of the dam forms an angle from the optical axis of the light emitting surface of the light emitter that is greater than the peak beam angle of the light emitter.

30.    Finelite's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiff. Plaintiff will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

31.    Finelite's infringement has occurred with knowledge of the '151 patent and knowledge that its acts constitute infringement. Finelite's continuing conduct, therefore, is willful.

32.    Plaintiff is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT 3**

**INFRINGEMENT OF U.S. PATENT NO. 11,978,837**

**<u>EXEMPLARY CLAIM 8</u>**

33.    Finelite has infringed and continues to infringe one or more claims of the '837 patent, including but not limited to exemplary claim 8, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the HP-2 WS Luminaire within the United States.

34.    The HP-2 WS Luminaire is a light emitting module unit. Product information for the HP-2 WS Luminaire from Finelite's website is reproduced below.

9

COMPLAINT FOR PATENT INFRINGEMENT

35.    The below image shows a circuit board from the HP-2 WS Luminaire.



36.    Below is an X-ray image of the circuit board. As in the x-ray image below, the circuit board has a pair of electrodes formed on the upper surface.



37.    Also shown in the X-ray image above is a wiring pattern by which the LED packages are connected to external power. The wiring pattern includes pairs of pads by which the LED packages are connected to power via the above-described electrodes. The wiring pattern includes both series and

10

COMPLAINT FOR PATENT INFRINGEMENT

parallel connections. For parallel connections, a pad is connected to two light emitters to act as a common electrode.

38.    Below are a pair of example images of a light emitter from the HP-2 WS Luminaire. In the below left image, a yellow encapsulation is shown covering the upper surface of an LED chip. The image below right shows the LED chip after removal of the encapsulation. The chip is a gallium nitride-based semiconductor.

 

39.    As shown in the enlarged view of a portion of the circuit board, an example encapsulation covers the upper surface of the light emitters.



40.    Below is an SEM image of the upper surface of a sample chip that was removed from the HP-2 WS Luminaire.

COMPLAINT FOR PATENT INFRINGEMENT



41.    Next, by milling a hole into the chip using a FIB, the layer structure near the p-contact is revealed.

 

42.    Layers of metal are provided under the p-contact, including reflective metal layers provided on the upper surface of the chip. Those reflective metal layers reflect light traveling upwards from the active layer toward the p-contact. The reflective metal layers include an aluminum layer that is both thermally conductive and reflective. In addition, because the reflective metal layer is provided on the upper surface of the chip, it is disposed between the chip and the covering encapsulation.

43.    Finelite's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiff. Plaintiff will continue to suffer

COMPLAINT FOR PATENT INFRINGEMENT

damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

44.   Finelite's infringement has occurred with knowledge of the '837 patent and knowledge that its acts constitute infringement. Finelite's continuing conduct, therefore, is willful.

45.   Plaintiff is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT 4

### INFRINGEMENT OF U.S. PATENT NO. 12,282,185

### EXEMPLARY CLAIM 9

46.   Finelite has infringed and continues to infringe one or more claims of the '837 patent, including but not limited to exemplary claim 9, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the HP-2 WS Luminaire within the United States.

47.   The HP-2 WS Luminaire is a light module. Product information for the HP-2 WS Luminaire from Finelite's website is reproduced below.



13

COMPLAINT FOR PATENT INFRINGEMENT

48.     The below image shows a support substrate from the HP-2 WS Luminaire and a light emitter disposed on the support substrate.



49.     The below image, which also appears in Finelite's HP-2 WS Tech Sheet, shows that a diffuser is provided over a support substrate and the bottom image shows the support substrate extracted from the HP-2 WS Luminaire. The diffuser acts as a light guide configured to guide light emitted from the light emitter.



50.     Three SEM images are provided below. The image at far left shows the top surface of an LED chip after removal from the package. The image in the center shows an enlarged view after a hole was milled into the LED chip using a FIB. The SEM image below-right provides a cross-sectional view of the side-surface of the milled hole, and shows an emitter substrate including a first surface and a second surface opposed to the first surface and a light emitting layer disposed on the first surface of the emitter substrate.

COMPLAINT FOR PATENT INFRINGEMENT



51.   The SEM image below shows a light blocking layer disposed on the second surface of the emitter substrate.



52.   The optical microscope image below shows the light emitter removed from the support substrate. The horizontal direction of the light emitter corresponds to a first length direction, and the vertical direction corresponds to a second length direction. The light emitter comprises a first light profile in the first length direction and a second light profile in the second length direction. Light emitted from the light emitter has a first orientation angle in the first length direction and a second orientation angle in the second length direction, and the first orientation angle is different from the second orientation angle.



15

COMPLAINT FOR PATENT INFRINGEMENT

53. Finelite's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiff. Plaintiff will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

54. Finelite's infringement has occurred with knowledge of the '185 patent and knowledge that its acts constitute infringement. Finelite's continuing conduct, therefore, is willful.

55. Plaintiff is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT 5

### INFRINGEMENT OF U.S. PATENT NO. 12,298,552

### <u>EXEMPLARY CLAIM 15</u>

56. Finelite has infringed and continues to infringe one or more claims of the '552 patent, including but not limited to exemplary claim 15, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the HP-2 WS Luminaire within the United States.

57. The HP-2 WS Luminaire is a light emitting device. Product information for the HP-2 WS Luminaire from Finelite's website is reproduced below showing that it is a light emitting device.

16

COMPLAINT FOR PATENT INFRINGEMENT



58.   The below images also depict the HP-2 WS Luminaire. The top image, which also appears in Finelite's HP-2 WS Tech Sheet, shows that a diffuser is provided over a substrate and the bottom image shows the substrate removed from the HP-2 WS Luminaire. The diffuser acts as an optical layer configured to diffuse the light emitted from the light emitters.



17

COMPLAINT FOR PATENT INFRINGEMENT



59.     As shown in the images above, light emitters are disposed on the substrate. The substrate is coated in white to provide broad spectrum reflection of light emitted from the light emitters.

60.     Below is an X-ray image of the circuit board depicting the wiring pattern used to provide power to the LED packages.



61.     Below are a pair of images of an LED package from the HP-2 WS Luminaire. The left image shows the light emitting side and the right image shows the reverse side having two contact electrodes. The package is longer in the horizontal direction than in the vertical direction.

 

62.     Below is a close-up view of a region of the substrate after removal of the light emitting package. Removal of the package reveals a pair of pad electrodes that were electrically connected to the contact electrodes shown in the image above.

COMPLAINT FOR PATENT INFRINGEMENT



63.    As shown in the image above, the gap between the pad electrodes is smaller than the above-described lengths but greater than 50 micrometers.

64.    Finelite's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiff. Plaintiff will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

65.    Finelite's infringement has occurred with knowledge of the '552 patent and knowledge that its acts constitute infringement. Finelite's continuing conduct, therefore, is willful.

66.    Plaintiff is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiff requests that the Court enter judgment in their favor and against FINELITE, as follows:

A.    judgment that Finelite infringe the '120, '151, '837, '185, and '552 patents;

B.    A preliminary and permanent injunction restraining and enjoining Finelite, its officers, partners, agents, servants, employees, parents, subsidiaries, divisions, affiliate corporations, joint ventures, other related business entities and

COMPLAINT FOR PATENT INFRINGEMENT

all other persons acting in concert, participation, or in privity with them, and their successors and assigns, from infringing the '120, '151, '837, '185, and '552 patents;

C. An award of damages to Plaintiff arising from Finelite's past and continuing infringement up until the date Finelite is finally and permanently enjoined from further infringement, including compensatory damages;

D. A determination that Finelite's infringement of one or more of the '120, '151, '837, '185, and '552 patents was willful, and a trebling of damages pursuant to 35 U.S.C. § 284;

E. A determination that this is an exceptional case and awarding the Plaintiff's attorneys' fees pursuant to 35 U.S.C. § 285; An order awarding the Plaintiff the costs and expenses that they have incurred in prosecuting this action;

F. An order awarding the Plaintiff pre- and post-judgment interest on their damages; and

G. Such other and further relief in law or in equity as this Court deems just and proper.

## JURY DEMAND

Plaintiff Seoul Semiconductor respectfully requests a jury trial on all issues so triable.

Dated: June 22, 2026        Respectfully submitted,

By: /s/
Jennifer L. Jonak (SBN 191323)
jenny@jonak.com
**JONAK LAW GROUP, P.C.**
1711 Willamette St, Suite 301, # 145
Eugene, OR 97401
Telephone: (541) 525-9102

*Attorneys for Seoul Semiconductor Co., Ltd.*

20
COMPLAINT FOR PATENT INFRINGEMENT